IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **MICHAEL BRANDAN SMIRNOFF,** )<br>)<br>  Petitioner, )<br>)<br>  v. )<br>)<br>**UNITED STATES OF AMERICA,** )<br>)<br>  Respondent. ) | **CIVIL ACTION NO.**<br>**2:19cv708-MHT**<br>**(WO)** |

**OPINION**

Pursuant to 28 U.S.C. § 2255, petitioner, a federal inmate, filed this lawsuit seeking habeas relief. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that the petition be denied. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 2nd day of August, 2022.

                              /s/ Myron H. Thompson
                         **UNITED STATES DISTRICT JUDGE**