IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **MICHAEL BRANDAN SMIRNOFF,** )<br>)<br>    Petitioner,         )<br>                        )<br>    v.                  )<br>                        )<br>**UNITED STATES OF AMERICA,** )<br>                        )<br>    Respondent.         ) | CIVIL ACTION NO.<br>2:19cv708-MHT<br>(WO) |

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (Doc. 11) is adopted.

(2) The 28 U.S.C. § 2255 petition (Doc. 1) is denied.

It is further ORDERED that costs are taxed against petitioner, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil

Procedure.

This case is closed.

DONE, this the 2nd day of August, 2022.

                                        /s/ Myron H. Thompson
                                 **UNITED STATES DISTRICT JUDGE**